**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1892

ALI SWINTON,

                Plaintiff - Appellant,

        v.

MS. BETTYE GUM; MS. DESIREE ALLEN,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.   (3:12-cv-01587-CMC)

Submitted:  December 19, 2013      Decided:  December 23, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ali  Swinton,  Appellant  Pro  Se.    Frank  Barnwell  McMaster,
TOMPKINS & MCMASTER, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ali Swinton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Swinton v. Gum, No. 3:12-cv-01587-CMC (D.S.C. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2